**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **AXIS INSURANCE COMPANY,** | ) |
| | ) |
| **Plaintiff(s),** | ) |
| | ) **Civil Action No. _____** |
| | ) |
| **LT MAINTENANCE, INC., and** | ) |
| | ) |
| **Defendant(s).** | ) |

---

**COMPLAINT FOR DECLARATORY JUDGMENT**

---

Plaintiff, AXIS Insurance Company, hereby files its Complaint for Declaratory Judgment pursuant to Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C. § 2201, *et seq.* and 28 U.S.C. §§ 1332, 1333 and states as follows:

**PARTIES**

1.     Plaintiff, AXIS Insurance Company (hereinafter "AXIS") is a corporation organized and existing under the laws of the State of Illinois, having its principal place of business in Alpharetta, Georgia.  Thus, AXIS is a corporate citizen of Illinois and Georgia.

2.     Upon information and belief, Defendant designated as LT Maintenance, Inc. ("LT Maintenance") is a corporation organized and existing under the laws of the State of Florida with its principal place of business in Pensacola, Florida. Thus, LT Maintenance is a corporate citizen of Florida.

**JURISDICTION AND VENUE**

3.     This is a Declaratory Judgment action brought pursuant to 28 U.S.C. § 2201, *et seq.*, and Rule 57 of the Federal Rules of Civil Procedure.

4.      The instant lawsuit involves an insurance coverage dispute among AXIS and LT Maintenance regarding a Commercial General Liability Policy of Insurance.

5.      There is an underlying State Court lawsuit which concerns AXIS's policy of insurance, and which is styled *Michael Bailey et al v. D.R. Horton, Inc.* CV - 2018 - 900398 (Circuit Court of Baldwin County, Alabama) ("Underlying lawsuit")

6.      This Court has jurisdiction over this matter pursuant to 28 U.S.C.A. § 1332, and the Declaratory Judgment Act, 28 U.S.C. § 2201, because the amount in controversy exceeds $75,000.00, exclusive of costs and interest, and because there exists complete diversity of citizenship among the Plaintiff and the Defendant.

7.      Courts traditionally have calculated the amount in controversy limit, as contemplated by 28 U.S.C.A. § 1332, in the following manner:

> In a declaratory judgment action, the amount in controversy is the monetary value of the object of the litigation from the plaintiff's perspective. The plaintiff satisfies the amount in controversy requirement by claiming a sufficient sum in good faith. Where, as here, an insurer seeks a determination that it has no duty to defend a separate, underlying lawsuit, the court may take into account not only the recovery sought in the underlying suit, but also the pecuniary value of the [insurer's] obligation to defend the separate lawsuit.

*Owners Ins. Co. v. Bryant*, 2006 WL 50488 (M.D. Ga. 2006), citations omitted.

Based upon the foregoing, the amount in controversy requirement in this case is satisfied because the subject policy, costs of defense, and the amount claimed in the Underlying Lawsuit exceed the threshold amount. The policy at issue in this declaratory judgment action provides a per occurrence limit of liability of $1 million which may be considered in determining the amount on controversy wherein an insurer is seeking a determination of its duty to indemnify in addition to its duty to defend. See, e.g., *Coregis Ins. Co. v. McCollum*, 955 F. Supp. 120, 124 (M.D. Fla. 1997). In addition, the amount claimed as damages in the Underlying Lawsuit likewise exceeds the threshold amount. Although the Complaint filed in the Underlying Lawsuit does not contain a specific

amount. In addition, the Baileys also seek punitive damages. Finally, the anticipated costs of defense will exceed the threshold amount.

8.      Venue in this matter is appropriate pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to this Complaint occurred in this district.

## FACTS

9.      This is a declaratory judgment action which has its genesis in an underlying action filed on April 4, 2018, and styled *Michael Bailey et al v. D.R. Horton, Inc.* CV-2018-900398. The Underlying Lawsuit arose from alleged construction defects of the Baileys' residence at 10218 Dunmore Drive, Daphne, Alabama 36526. (Comp. ¶ 4). Upon information and belief, The Baileys entered into a contract with D.R. Horton to purchase a new home. D.R. Horton retained the services of numerous subcontractors to perform various aspects of the construction at different stages of the building design, engineering, and construction.

10.     One such subcontractor was the Defendant, LT Maintenance, which specializes in concrete work. Two purchase orders dated 12/23/2016 and 2/13/2017 were submitted to D.R. Horton which contained the specifications for the concrete work for the Baileys' residence. Subsequently, D.R. Horton and LT Maintenance entered into a contract for LT Maintenance to perform the respective concrete work. **Copies of these purchase orders are attached hereto as Exhibits A & B.**

11.     AXIS, by and through its 100% owned subsidiary AXIS Surplus Insurance Company, issued commercial general liability insurance policy no. FLGLN02820AX to "LT Maintenance Inc" as named insured. **A certified copy of the policy, with declarations page included, is attached hereto as Exhibit C.**

12.     The policy insuring agreement provides:

**SECTION I – COVERAGES**
**CONVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

1. **Insuring Agreement**

   a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.
   ***
   b. This insurance applies to "bodily injury" and "property damage" only if:
      (1)    The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

      (2)    The "bodily injury" or "property damage" occurs during the policy period.

13.    This policy defines "bodily injury," "occurrence," and "property damage" as follows:

**SECTION V– DEFINITIONS**

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

17. "Property damage" means:

   q. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it. . .

14.    The Policy also contains the following exclusions:

2. **Exclusions**

   This insurance does not apply to:

   ***

   j. **Damage to Property**

   "Property damage" to:

      (1)    Property you own, rent, or occupy;

      (2)    Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

      (3)    Property loaned to you;

(4)     Personal property in the care, custody or control of the insured;

(5)     That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6)     That particular part of real property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III – Limits Of Insurance.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products–completed operations hazard".

### k.   Damage to Your Product

"Property damage" to "your product" arising out of it or any part of it.

### l.   Damage to Your Work

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

### m.   Damage to Impaired Property Or Property Not Physically Injured

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1)     A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2)     A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

### n.   Recall of Products, Work or Impaired Property

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1)     "Your product";

(2)      "Your work"; or

(3)      "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

15.    The Policy also specifically excludes coverage for Construction Defects.

**2. Exclusions**

This insurance does not apply to:

**q. Construction Defects**

"Property damage" to "your work" arising out of it or any part of it due to actual or alleged construction defect.

Construction Defect includes but is not limited to:

(1)  A defect in the design, construction, manufacturing, alteration, improvement, repair or landscaping of:

(a)    a new residence or other new real property or a new appurtenance; or

(b)    existing real estate or existing appurtenance, when the existing real estate or appurtenance is changed, altered, added to or improved.

(2)  Physical damage to the real estate, an appurtenance or the real property to which the appurtenance is affixed that is proximately caused by the construction defect.

(3)  Construction defect as defined in any statute or ordinance of any governmental body.

16.    Section V of the Policy, entitled definitions, defines "your product" and "your work" as follows:

**SECTION V– DEFINITIONS**

21.    "Your product":
a.    Means:

(1)    Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a)    You;

(b)    Others trading under your name; or

(c)    A person or organization whose business or assets you have acquired; and

      (2)      Containers (other than vehicles), materials, parts or equipment furnished in connections with such goods or products.

b.      Includes:

      (1)      Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

      (2)      The providing of or failure to provide warnings or instructions.

c.      Does not include vending machines or other property rented to or located for the use of others but not sold.

22.      "Your work":

a.      Means:

      (a)      Work or operations performed by you or on your behalf; and

      (b)      Materials, parts or equipment furnished in connection with such work or operations.

b.      Includes:

      (1)      Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

      (2)      The providing of or failure to provide warnings or instructions.

17.      The Policy also includes an endorsement entitled, "Limitation – Classification." The limitation reads as follows:

> This insurance applies to "bodily injury," "property damage," "personal injury," "advertising injury," or medical expense arising out of only those operations which are classified and shown on the Commercial General Liability Coverage Declarations, its endorsements, and supplements.

18.      The Policy includes classification limitations of (1) Janitorial Services - EXCLUDING Floor Waxing, (2) Driveway, parking area or sidewalk – paving or repaving, and (3) Window Cleaning – Not Over 3 stories.

19.      When applying the terms and conditions of the Policy to the facts as alleged, it does not appear that the Policy provides coverage for the claims asserted against LT Maintenance by the Third-Party Complaint.

20.     Given the nature of the claims and the applications of the same to the Policy, AXIS is providing LT Maintenance a defense to the Third-Party Complaint under a reservation of rights, thereby reserving its right to disclaim coverage under the Policy.

## COUNT ONE
## MICHAEL BAILEY V. D.R. HORTON

21.     AXIS adopts and incorporates paragraphs 1 - 16 as if the same were set out fully herein.

22.     LT Maintenance seeks a defense and indemnity for claims made against it by D.R. Horton in the underlying lawsuit arising from LT Maintenance alleged faulty construction. LT Maintenance's alleged fault workmanship does not constitute an "occurrence" so as to trigger either a duty to defend or a duty to indemnify under the insuring agreement of the Policy.

23.     The Policy's insuring agreement provides:

**SECTION I – COVERAGES**
**CONVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**1.  Insuring Agreement**

    **a.**  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies.  We will have the right and duty to defend the insured against any "suit" seeking those damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result.
        ***
    **b.**  This insurance applies to "bodily injury" and "property damage" only if:

        (1)     The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

        (2)     The "bodily injury" or "property damage" occurs during the policy period.

To trigger coverage the Policy requires an "occurrence" resulting in "bodily injury" or "property damage" during the policy period. The Policy defines "occurrence" as follows:

**SECTION V– DEFINITIONS**

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

The basis of D.R. Horton's claims against LT Maintenance is that it failed to properly install concrete work, including the concrete slab, slab form and trench, concrete flatwork, and other associated concrete work on the Bailey's residence. In other words, LT Maintenance's faulty workmanship resulted in construction defects to the Bailey's residence. LT Maintenance's alleged poor workmanship is not an "accident" as required to constitute an "occurrence" under the Policy. Instead poor workmanship is a business risk rather than a fortuitous event intended to be covered by liability insurance.

24.     Even if LT Maintenance's faulty workmanship gave rise to an "occurrence," D.R. Horton's claims for "property damage" are expressly excluded pursuant to the construction defects exclusions (exclusion q, quoted above), and classification limitations contained within the AXIS Policy. Therefore, AXIS does not owe LT Maintenance either a defense and/or indemnity under the terms of the Policy.

**WHEREFORE** AXIS seeks a declaration from this Court as follows:

A.  That a bona fide justiciable controversy exists between the parties which should be resolved.

B.  That the subject AXIS Policy No. FLGLN02820AX and all amendments and endorsements thereto are clear and unambiguous

C.  That there is no defense, coverage, or indemnity afforded under the Policy to LT Maintenance for the claims made against them in the Underlying Lawsuit by D.R. Horton

D.  Granting AXIS such other, further, and different relief to which it may be entitled.

## COUNT TWO
## D.R. HORTON V. LT MAINTENANCE

25.     AXIS adopts and incorporates paragraphs 1- 20 as if the same were set out fully

herein.

26.     LT Maintenance seeks a defense and indemnity for the claims asserted against it by

D.R. Horton in its Third-Party Complaint: breach of contract; negligence; contractual indemnity;

common law indemnity; and breach of warranty. To the extent D.R. Horton's claims arise from

LT Maintenance's alleged faulty construction there does not exist an "occurrence" so as to trigger

either a duty to defend or a duty to indemnify under the insuring agreement of the Policy. Further,

the construction defect exclusion (exclusion q quoted above) operates to exclude coverage for

the claimed "property damage".

27.     D.R. Horton's contractual claim for indemnity against LT Maintenance is premised

upon "a subcontract agreement with D.R. Horton for the installation of certain concrete work."

The Agreement, as referenced in D.R. Horton's Third-Party Complaint provides, in part, the

following:

> TO THE FULLEST EXTENT PERMITTED BY LAW [THIRD-PARTY
> DEFENDANT] SHALL HOLD HARMLESS, INDEMNIFY, PROTECT AND
> DEFEND [D.R. Horton], AGAINST ALL DEMANDS, CLAIMS ACTIONS,
> CAUSES OF ACTIONS, PROCEEDINGS, LAWSUITS, SETTLEMENTS,
> JUDGMENTS, FINES, PENALTIES, LOSSES OR EXPENSES (INCLUDING
> ATTORNEYS' FEES AND INTERESTS), FOR DAMAGES FROM BODILY
> OR PERSONAL INJURY, DEATH, THE DESTRUCTION OR LOSS OF
> PROPERTY (INCLUDING LOSS OF USE), OR ANY OTHER KIND OF
> DAMAGES OR HARM, ARISING OUT OF, OR RESULTING FROM, OR
> RELATED TO THE WORK PERFORMED AND/OR THE MATERIALS
> SUPPLIED UNDER THIS AGREEMENT, INCLUDING LOSSES FOUNDED
> IN WHOLE OR IN PART UPON NEGLIGENT ACTS OR OMISSION OF
> INDEMNITEE, ATTRIBUTABLE IN WHOLE OR IN PART TO: (1) A
> BREACH OF ANY WARRANTIES, REPRESENTATIONS, COVENANTS
> OR OTHER OBLIGATIONS OF [THIRD-PARTY DEFENDANT] SET
> FORTH IN THIS AGREEMENT; (2) THE WORK PERFORMED OR TO BE
> PERFORMED OR MATERIAL SUPPLIED BY [THIRD-PARTY
> DEFENDANT] OR BY [THIRD-PARTY DEFENDANT'S] AGENTS OR
> EMPLOYEES, SUPPLIERS OR SUBCONTRACTORS AND THEIR
> RESPECTIVE AGENTS AND EMPLOYEES, AND/OR ALL OTHER
> ENTITIES OVER WHOM THE [THIRD-PARTY DEFENDANT] MAY

> EXERCISE CONTROL; OR (3) ANY NEGLIGENT OR INTENTIONAL ACT AND/OR OMISSION OF [THIRD-PARTY DEFENDANT] RELATED IN ANY WAY TO THE WORK. THIS SHALL INCLUDE BUT IS NOT LIMITED TO, DEMANDS, CLAIMS, OR ACTIONS ASSERTED BY ANY PRESENT OF FUTURE OWNER OF THE HOUSE INCORPORATING THE WORK, OWNERS, CONTRACTOR, OR ANY THIRD PARTY (INCLUDING, BUT NOT LIMITED TO, PERSONAL FURNISHED BY [THIRD-PARTY DEFENDANT], ITS SUPPLIERS AND SUBCONTRACTORS OF ANY TIER).

(Comp. ¶22). Pursuant to the above agreement, D.R. Horton's Third-Party Complaint contends that, in the event D.R. Horton is liable to the Baileys in any way, D.R. Horton is entitled to a judgment against LT Maintenance in an amount equal to the Baileys' judgment against D.R. Horton.

28.     D.R. Horton's claim for contractual indemnity is expressly excluded from coverage by the Contractual Liability Exclusion (2 b.) of the AXIS Policy:

> **2.   Exclusions**
>
> This insurance does not apply to:
>
> ***
>
> **b. Contractual Liability**
>
> "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:
>
> (1)  That the insured would have in the absence of the contract or agreement; or
>
> (2)  Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:
>
> (a)   Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and
>
> (b)   Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

29.     The Agreement between D.R. Horton and LT Maintenance does not constitute an "insured contract" as defined by the AXIS Policy. Accordingly, the "insured contract" exception

to the "contractual liability" exclusion is not applicable to D.R. Horton's claims for indemnity against LT Maintenance. Therefore, AXIS does not owe LT Maintenance either a defense and/or indemnity as to D.R. Horton's Third-Party Complaint under the terms of the Policy.

**WHEREFORE** AXIS seeks a declaration from this Court as follows:

A. That a bona fide justiciable controversy exists between the parties which should be resolved.

B. That the subject AXIS Policy No. FLGLN02820AX and all amendments and endorsements thereto are clear and unambiguous

C. That there is no defense, coverage, or indemnity afforded under the Policy to LT Maintenance for the claims made against them in the Underlying Lawsuit by D.R. Horton

D. Granting AXIS such other, further, and different relief to which it may be entitled.

Respectfully submitted,

/s/ Eugene P. Stutts
Eugene P. Stutts (ASB-0303-577E)
Attorney for Defendant,
Axis Specialty Insurance Co.

**OF COUNSEL:**
Spain & Gillon, L.L.C.
505 20th Street North
Suite 1200
Birmingham, AL 35203
(205) 328-4100
(205) 324-8866 (fax)
Email: estutts@spain-gillon.com

## JURY DEMAND

The Plaintiff demands trial by struck jury.

/s/ Eugene P. Stutts
OF COUNSEL

PLEASE SERVE THIS COMPLAINT ON THE

DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:


L. T. Maintenance
Laura Garcia
44 East Detroit Blvd.
Pensacola, FL  32534

# <u>EXHIBIT A</u>

# EXTRA PURCHASE ORDER

**D·R·HORTON**
*America's Builder*

DR Horton Homes

| | |
|---|---|
| Check Date | 02/02/17 |
| Check Number | 302170 |
| Invoice Date | 01/18/17 |
| Invoice Number | 4798 |

**VENDOR: 1594016     OPEN AMOUNT:        0.00**

| PO Rev/Date/Page | 0 / / 1 |
|---|---|
| Purchase Order Date | 12/23/16 |
| Bid Contract Number | |
| FPO Req # / JDE WO# | 00098119 / |
| Purchase Order Number | 213510 OP |
| Sub # / BU ID# | 22460 / 2214 |
| Swing/Plan/Elevation | L / KADE / A |

LT MAINTENANCE INC
44 E DETROIT BLVD
PENSACOLA    FL 32534

**Phone:** (850) 356-4723  **Fax:** (850) 912-8376

### Remit To

D.R. HORTON - MOBILE
25366 PROFIT DRIVE
DAPHNE, AL 36526

Phone: (251) 447-0329 Fax: (251) 447-0471

**DELIVER TO:**

| Dunmore Manor | **Delivery Date** |
|---|---|
| 10218 DUNMORE DRIVE | |
| DAPHNE, AL 36526 | |
| Lot/Block | R3 |
| Plat Lot/Block/Phase | 214 / / 3 |

| Work Description |
|---|
| 40025.03    Slab Pour |

| Description | Option | Qty | Unit Price | Extension |
|---|---|---|---|---|
| Slab Pour | | 1.00 | 1,413.900 | 1,413.90 |
| cost of slab pour | | | | |
| | | | | ---------------- |
| | | | | 1,413.90 |



## SPECIAL INSTRUCTIONS:

1. We reserve the right to cancel if not filled as specified.
2. Place P.O. number on all invoices.
3. A copy of delivery ticket signed by D.R. Horton personnel and this signed P.O. must accompany each invoice submitted for payment with signed lien release.
4. Partial Shipments will not be accepted.

5. No liability will be assumed for materials placed on the job site that are not installed or that are in the excess of the amount specified on this P.O.
6. This P.O. is applicable only to the jobs indicated.
7. Receipt of this P.O. is binding on supplier for material at prices specified.
8. All terms and conditions of the signed contract and scope of work apply to this document.

| Terms | Tax Percentage | Sales Tax | Total PO |
|---|---|---|---|
| | | | 1,413.90 |

| **Superintendent:** FRENKEL, JILLIAN M | **Phone:** (843) 802-3035 |
|---|---|

**D.R. Horton Appr:** _____ **DATE:** _____

# **EXHIBIT B**

# EXTRA PURCHASE ORDER

**D·R·HORTON®** <small>DHI Listed NYSE</small>

*America's Builder*

DR Horton Homes

| Check Date | 02/02/17 |
| Check Number | 302170 |
| Invoice Date | 01/18/17 |
| Invoice Number | 4798 |

**VENDOR:** 1594016    **OPEN AMOUNT:** 0.00

| PO Rev/Date/Page | 0 / / 1 |
| Purchase Order Date | 12/23/16 |
| Bid Contract Number | |
| FPO Req # / JDE WO# | 00098119 / |
| Purchase Order Number | 213510 OP |
| Sub # / BU ID# | 22460 / 2214 |
| Swing/Plan/Elevation | L / KADE/ A |

LT MAINTENANCE INC
44 E DETROIT BLVD
PENSACOLA   FL 32534

**Phone:** (850) 356-4723 **Fax:** (850) 912-8376

### Remit To

D.R. HORTON - MOBILE
25366 PROFIT DRIVE
DAPHNE, AL 36526

Phone: (251) 447-0329 Fax: (251) 447-0471

**Work Description**
40025.03   Slab Pour

**DELIVER TO:**

| Dunmore Manor | **Delivery Date** |
| 10218 DUNMORE DRIVE | |
| DAPHNE, AL 36526 | |
| Lot/Block   R3 | |
| Plat Lot/Block/Phase   214 / / 3 | |

| Description | Option | Qty | Unit Price | Extension |
|---|---|---|---|---|
| Slab Pour | | 1.00 | 1,413.900 | 1,413.90 |
| cost of slab pour | | | | |
| | | | | ---------------- |
| | | | | 1,413.90 |

**PAID**

## SPECIAL INSTRUCTIONS:

1. We reserve the right to cancel if not filled as specified.
2. Place P.O. number on all invoices.
3. A copy of delivery ticket signed by D.R. Horton personnel and this signed P.O. must accompany each invoice submitted for payment with signed lien release.
4. Partial Shipments will not be accepted.

5. No liability will be assumed for materials placed on the job site that are not installed or that are in the excess of the amount specified on this P.O.
6. This P.O. is applicable only to the jobs indicated.
7. Receipt of this P.O. is binding on supplier for material at prices specified.
8. All terms and conditions of the signed contract and scope of work apply to this document.

| Terms | Tax Percentage | Sales Tax | **Total PO** |
|---|---|---|---|
| | | | **1,413.90** |

**Superintendent:** FRENKEL, JILLIAN M    **Phone:** (843) 802-3035

**D.R. Horton Appr:** _____ **DATE:** _____

# **EXHIBIT C**

# D·R·HORTON®
## *America's Builder*
DR Horton Homes

| | |
|---|---|
| Check Date | 04/13/17 |
| Check Number | 319965 |
| Invoice Date | 03/16/17 |
| Invoice Number | 5136 |

**VENDOR: 1594016    OPEN AMOUNT:    0.00**

LT MAINTENANCE INC
44 E DETROIT BLVD
PENSACOLA    FL 32534

Phone: (850) 356-4723  Fax: (850) 912-8376

| PO Rev/Date/Page | 0 / | / 1 |
|---|---|---|
| Purchase Order Date | | 02/13/17 |
| Bid Contract Number | | 100138 |
| FPO Req # / JDE WO# | 00000000 / | |
| Purchase Order Number | | 213755 ON |
| Sub # / BU ID# | | 22460 / 2214 |
| Swing/Plan/Elevation | L / | KADE / A |

**DELIVER TO:**

| | |
|---|---|
| Dunmore Manor | **Delivery Date** |
| 10218 DUNMORE DRIVE | |
| DAPHNE, AL 36526 | |
| Lot/Block | R3 |
| Plat Lot/Block/Phase | 214 / / 3 |

### Remit To
D.R. HORTON - MOBILE
25366 PROFIT DRIVE
DAPHNE, AL 36526

Phone: (251) 447-0329 Fax: (251) 447-0471

**Work Description**

| 45530.01 | Flatwork Labor |
|---|---|

| Description | Option | Qty | Unit Price | Extension |
|---|---|---|---|---|
| Concrete flatwork labor | | 1066.000 | .550 | 586.30 |
| | | | | 586.30 |



### SPECIAL INSTRUCTIONS:
1. We reserve the right to cancel if not filled as specified.
2. Place P.O. number on all invoices.
3. A copy of delivery ticket signed by D.R. Horton personnel and this signed P.O. must accompany each invoice submitted for payment with signed lien release.
4. Partial Shipments will not be accepted.

5. No liability will be assumed for materials placed on the job site that are not installed or that are in the excess of the amount specified on this P.O.
6. This P.O. is applicable only to the jobs indicated.
7. Receipt of this P.O. is binding on supplier for material at prices specified.
8. All terms and conditions of the signed contract and scope of work apply to this document.

| Terms | Tax Percentage | Sales Tax | Total PO |
|---|---|---|---|
| | | | 586.30 |

| Superintendent: | FRENKEL, JILLIAN M | Phone: | (843) 802-3035 |
|---|---|---|---|

D.R. Horton Appr: _____    DATE: _____

## COMMERCIAL GENERAL LIABILITY
## COVERAGE PART DECLARATIONS

**Policy No.:** FLGLN02820AX

**Named Insured and Mailing Address:**
LT Maintenance Inc
44 East Detroit Blvd
Pensacola FL 32534

**Policy Period:** From 8/07/2016 to 8/07/2017 at 12:01 AM Standard time at your mailing address shown above.

**LIMITS OF INSURANCE:**

| | |
|---|---|
| General Aggregate Limit (Other than Product-Completed Operations) | $2,000,000 |
| Products-Completed Operations Aggregate Limit | $2,000,000 |
| Personal and Advertising Injury Limit | $1,000,000 |
| Each Occurrence Limit | $1,000,000 |
| Damage to Premises Rented to You Limit | $50,000 |
| Medical Expense Limit | $5,000 |

**DEDUCTIBLE:**

$1,000 Bodily Injury Liability & Property Damage Liability Combined
(This deductible also applies to Personal and Advertising Injury Liability.)

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:**

44 East Detroit Blvd Pensacola FL 32534

**PREMIUM:**

| Classification Code | Premium Bases | RATE Prem. Ops. | Pr/ Co | ADVANCED PREMIUM Pr/ Co | All Other |
|---|---|---|---|---|---|
| Janitorial Services - EXCLUDING Floor Waxing | | | | | |
| 582+ | per $ 1,000 Payroll: 0 | 0.00 | Included | Included | $0 |
| Driveway, Parking Area or Sidewalk - Paving or Repaving | | | | | |
| 92215 | per $ 1,000 Payroll: 230,000 | 27.75 | Included | Included | $6,382 |
| Window Cleaning - Not Over 3 Stories | | | | | |
| 99975+ | per $ 1,000 Payroll: 0 | 0.00 | Included | Included | $0 |
| | | | | Total Advance Premium: | $6,382 |

**FORMS AND ENDORSEMENTS (other than applicable Forms and Endorsements shown elsewhere in the policy):**
Forms and Endorsements applying to this Coverage Part and made part of this policy at time of issue:
**see attached SCHFORM1 (11/ 07)**

**THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING
THE NAME OF THIS INSURED AND THE POLICY PERIOD**

**Policy No.:**  FLGLN02820AX

# SCHEDULE OF FORMS AND ENDORSEMENTS
### (other than applicable forms and endorsements shown elsewhere in the policy)

**Forms and Endorsements applying to the Coverage Parts listed below and made a part of this policy at time of issue:**

**Form/ Endt. #**     **Title**

Forms Applicable to All Coverage Parts

| Form/ Endt. # | Title |
|---|---|
| SGA0002 1213 | Claims Reporting |
| CIND-MD (11/07) FL | Common Policy Declarations |
| SCHFORM1 (11/07) | Schedule of Forms and Endorsements |
| PURCHDISCL | Terrorism Disclosure |
| LI-FS 001 0715 | State Fraud Statements |

Forms Applicable to General Liability

| Form/ Endt. # | Title |
|---|---|
| CG3380 0210 | Florida Changes - Binding Arbitration |
| CIND-GL (11/07) | Commercial General Liability Coverage Part Declarations |
| CG0300 (01/96) | Deductible Liability Insurance |
| CG2139 (10/93) | Contractual Liability Limitation |
| CG2146 (07/98) | Abuse or Molestation Exclusion |
| IL 00 03 08 02 | Calculation Premium |
| GL0102 09-02 | Arbitration Endorsement |
| OPE5 (10/13) | Organic Pathogen Exclusion |
| GL678 (09/93) | Independent Contractors Exclusion |
| CG2294 10 01 | EXCLUSION - Damage to Work Performed By Subcontractors on Your Behalf |
| CG2037 0704 | Additional Insured - Owners, Lessees or Contractors - Completed Operations |
| CG2147 1207 | Employment-Related Practices Exclusion |
| CG0220 0312 | Florida Changes - Cancellation And Nonrenewal |
| SOS-FL (07-04) | Service of Suit Clause - Florida |
| CG2170 0108 | Cap on Losses from Certified Acts of Terrorism |
| CONST 06 08 | Construction Defect Exclusion |
| CGL1000 0608 | Common Policy Conditions |
| GL671 0608 | Special Exclusion Endorsement |
| CG2010 0704 | Additional Insured - Owners, Lessees or Contractors - Scheduled Person or Organization |
| CG0001 1207 | Commercial General Liability Coverage Form |
| GL74 (10/2013) | 25% Minimum Earned Premium |
| CG2404 0509 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |

POLICY NUMBER:  FLGLN02820AX

**COMMERCIAL GENERAL LIABILITY**
**CG 03 00 01 96**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

### SCHEDULE

| Coverage | Amount and Basis of Deductible | | |
|---|---|---|---|
| | PER CLAIM | or | PER OCCURRENCE |
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $ | | $ |
| OR | | | |
| Bodily Injury Liability and/or Property Damage Liability Combined | $    1,000 | | $ |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage", however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1. PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages sustained by any one person because of:

   **(1)** "Bodily injury";

   **(2)** "Property damage"; or

   **(3)** "Bodily injury" and "property damage" combined

   as the result of any one "occurrence".

   If damages are claimed for care, loss of services or death resulting at any time from "bodily injury", a separate deductible amount will be applied to each person making a claim for such damages.

   With respect to "property damage", person includes an organization.

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

  **a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

  **b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

  **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage Combined, to all damages because of:

    **(1)** "Bodily injury";

    **(2)** "Property damage"; or

    **(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence", regardless of the number of persons or organizations who sustain damages because of that "occurrence".

**C.** The terms of this insurance, including those with respect to:

  **1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

  **2.** Your duties in the event of an "occurrence", claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Copyright, Insurance Services Office, Inc., 1994

**CG 03 00 01 96**  ☐

COMMERCIAL GENERAL LIABILITY
CG 21 39 10 93

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CONTRACTUAL LIABILITY LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the DEFINI-TIONS Section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement.

Copyright, Insurance Services Office, Inc., 1992

COMMERCIAL GENERAL LIABILITY
CG 21 46 07 98

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ABUSE OR MOLESTATION EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

The following exclusion is added to Paragraph **2., Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** and Paragraph **2., Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of:

1. The actual or threatened abuse or molestation by anyone of any person while in the care, custody or control of any insured, or

2. The negligent:

   a. Employment;

   b. Investigation;

   c. Supervision;

   d. Reporting to the proper authorities, or failure to so report; or

   e. Retention;

   of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by Paragraph **1.** above.

IL 00 03 08 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
CAPITAL ASSETS PROGRAM (OUTPUT POLICY) COVERAGE PART
COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL CRIME COVERAGE FORM
COMMERCIAL CRIME POLICY
COMMERCIAL GENERAL LIABILITY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
EMPLOYEE THEFT AND FORGERY POLICY
EMPLOYMENT-RELATED PRACTICES LIABILITY COVERAGE PART
FARM COVERAGE PART
GOVERNMENT CRIME AND COVERAGE FORM
GOVERNMENT CRIME POLICY
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

# ARBITRATION ENDORSEMENT

### The following is added to FORM CGL 1000(11-07) - Common Policy Conditions

**H.   Legal Action Against Us - Agreement for Binding Arbitration and Waiver of Jury Trial**

1.  **Scope:** Any and all disputes, controversies or claims arising out of or relating to any transaction or the construction, performance, or breach of this or any other Agreement between any insured and the company, agent for the company, Strickland General Agency, Inc., and its affiliates, Premium Finance Company, their owners, shareholders, officers, agents, servants, or employees, whether entered into prior to, on, or subsequent to the inception date of this policy shall be determined by binding arbitration.

2.  **The Terms of This Arbitration Agreement Control, Notwithstanding Any Contradictory Language In Other Documents:** This arbitration agreement is made a part of the policy. In the event that any of the terms or conditions of the policy, including endorsements, or any other documents, contradict any of the terms contained in this Arbitration Agreement, the parties agree that the terms of this Arbitration Agreement shall control.

3.  **Questions concerning Arbitration Must Be Arbitrated:** The arbitrator shall determine any and all disputes, controversies or claims regarding whether an issue is arbitrable.

4.  **Governing Law:** The parties agree and recognize that this Agreement, which includes the Application for Insurance, the Agreement for Binding Arbitration and Waiver of Jury Trial, the Premium Finance Agreement, and this insurance policy including its endorsements is made pursuant to a transaction in Interstate Commerce, and shall be governed by the Federal Arbitration Act at 9 U.S.C. Section 1.

5.  **WAIVER OF RIGHT TO JURY TRIAL:**  THE PARTIES UNDERSTAND THAT THEY HAVE THE RIGHT TO HAVE ANY AND ALL DISPUTES, CONTROVERSIES OR CLAIMS BETWEEN THEM DECIDED IN COURT, BUT THEY CHOOSE INSTEAD TO HAVE ANY AND ALL SUCH DISPUTES, CONTROVERSIES OR CLAIMS DECIDED BY ARBITRATION IN ORDER TO AVOID THE BURDEN, EXPENSE AND UNCERTAINTY OF THE JUDICIAL PROCESS.  CONSEQUENTLY, THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL.

6.  **Severability:** If the Arbitrator determines that one or more terms of this Provision or the arbitration rules are unenforceable, such determination shall not impair or affect the enforceability of the other provisions of the Arbitration Agreement or the arbitration rules.

7.  **Application of Arbitration Clause and Resolution of Disputes:** Any arbitration shall be conducted in the largest city in the State with jurisdiction in accordance with the Arbitration Rules then in force by the American Arbitration Association.  The arbitrator(s) shall follow the law and shall give effect to statutes of limitation and all other legal defenses in determining any and all disputes, controversies or claims between the parties.  The parties understand and agree that the arbitrator shall have all powers provided by law and may award any legal or equitable relief, including, without limitation, money damages, declaratory relief, and injunctive relief; provided, however that the arbitrator shall have no power to award punitive damages or other damages not measured by the prevailing party's actual damages.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED - This endorsement is effective the same date and hour as shown in the Policy Declarations and forms a part of the policy to which it is attached.**

GL0102 (09/ 02)

## THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY
## ORGANIC PATHOGEN EXCLUSION

**This endorsement is EFFECTIVE \***                     **and is part of Policy Number: \***

**Issued to: \***

\* Entry optional if shown in the Common Policy Declarations. If no entry is shown, the effective date of the endorsement is the same as the effective date of the policy.

This policy does not insure any loss, damage, claim, cost, expense, fine, penalty, or other sum either directly or indirectly arising out of, relating to or caused by an organic pathogen.

This exclusion applies whether or not there is (i) any physical loss or damage to insured property; (ii) any insured peril or cause, whether or not contributing concurrently or in any sequence to the existence of an organic pathogen; (iii) any loss of use, occupancy, or functionality or decreased valuation of covered property or loss of business income; (iv) any action required including but not limited to testing, repair, replacement, removal, cleanup, abatement, disposal, relocation, or actions taken to address medical or legal concerns; or (v) any suit or administrative proceeding or action involving the insured.

Organic pathogen means any organic irritant or contaminant, including but not limited to fungus, bacteria, virus, or other microorganism of any type, including but not limited to their byproducts such as spores or mycotoxin, or any hazardous substance as classified by the Environmental Protection Agency.

This exclusion does not apply if:

1. The "bodily injury", "property damage" or "personal and advertising injury" is caused by food or drink poisoning or contamination; and

2. the insured is a restaurant, bar, tavern, grocery store, or other entity that sells or serves food or drink directly to consumers; and

3. the poisoned or contaminated food or drink was sold or served by the insured.

## EXCLUSION - INDEPENDENT CONTRACTORS

This endorsement modifies insurance under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "personal injury", "advertising injury", or medical expense arising out of:

A.    The premises of any independent contractor; or

B.    The operations of any independent contractor for or on behalf of any insured; or

C.    The completed operations of any independent contractor for or on behalf of any insured.

Form GL 678 (9-93)

COMMERCIAL GENERAL LIABILITY
CG 22 94 10 01

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – DAMAGE TO WORK PERFORMED BY SUBCONTRACTORS ON YOUR BEHALF

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Exclusion **l.** of **Section I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

# POLICYHOLDER DISCLOSURE
# NOTICE OF TERRORISM
# INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy.  The federal government established a program (Terrorism Risk Insurance Program) within the Department of the Treasury, under which the federal government shares, with the insurance industry, the risk of loss from future terrorist attacks. You are hereby notified that an "act of terrorism", as defined in Section 102(1) of the Terrorism Risk Insurance Act , as amended  (the "Act"), means any act that is certified by the Secretary of the Treasury-in concurrence with the Secretary of State, and the Attorney General of the United States-to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under your coverage, any losses resulting from certified acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events. Under the formula, the United States Government generally reimburses 85% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism is ___Waived_____ and does not include any charges for the portion of losses covered by the United States government under the Act.

THE TERRORISM RISK INSURANCE ACT IS SUBJECT TO A TERMINATION DATE OF DECEMBER 31, 2014 UNLESS EXTENDED BY THE FEDERAL GOVERNMENT. IF THE FEDERAL PROGRAM TERMINATES, OR IS EXTENDED WITH CERTAIN CHANGES PRIOR TO OR DURING THE TERM OF YOUR POLICY, THEN THE TREATMENT OF TERRORISM UNDER YOUR POLICY MAY CHANGE.


### NOTICE TO BROKER

#### MANDATORY POLICYHOLDER DISCLOSURE
#### RE:  TERRORISM INSURANCE COVERAGE

We are required by the Terrorism Risk Insurance Act, as amended (the "Act"), to provide policyholders with clear and conspicuous disclosures.  This notice must be provided at the time of offer, purchase and renewal of the policy.

We have provided you with a notice that meets the Act's requirements.  You are instructed to deliver a copy of this notice to our insured.


Includes copyrighted material 2007 National Association of Insurance Commissioners

### PURCH DISCL

POLICY NUMBER:                                          COMMERCIAL GENERAL LIABILITY
                                                                    CG 20 37 07 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – COMPLETED OPERATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location And Description Of Completed Operations |
|---|---|
| DR Horton Inc Its Affiliates And Subsidiaries | All locations of the additional insured where our insured is performing operations. |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||

**Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury" or "property damage" caused, in whole or in part, by "your work" at the location designated and described in the schedule of this endorsement performed for that additional insured and included in the "products-completed operations hazard".

**CG 20 37 07 04**                    © ISO Properties, Inc., 2004                    **Page 1 of 1**    □

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

© ISO Properties, Inc., 2006

COMMERCIAL GENERAL LIABILITY
CG 21 70 01 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a Program Year (January 1 through December 31) and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the federal Terrorism Risk Insurance Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

© ISO Properties, Inc., 2007

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# CONSTRUCTION DEFECT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE FORM

**SECTION I - COVERAGES**

**COVERAGE A.   BODILY INJURY AND PROPERTY DAMAGE LIABILITY**

**Exclusion q is added to this policy.**

**2. Exclusions**

**This insurance does not apply to:**

q.  **Construction Defect**
"Property damage" to "your work" arising out of it or any part of it due to actual or alleged construction defect.

Construction Defect includes but is not limited to:

(1) A defect in the design, construction, manufacturing, alteration, improvement, repair or landscaping of:

(a) a new residence or other new real property or a new appurtenance; or

(b) existing real estate or existing appurtenance, when the existing real estate or appurtenance is changed, altered, added to or improved.

(2) Physical damage to the real estate, an appurtenance or the real property to which the appurtenance is affixed that is proximately caused by the construction defect.

(3) Construction Defect as defined in any statute or ordinance of any governmental body.

## COMMON POLICY CONDITIONS
**All Coverages included in this policy are subject to the following conditions.**

**A. CANCELLATION**

1. The first named insured shown in the declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to you written notice of cancellation at least 10 days before the effective date of cancellation.

3. We will mail or deliver our notice to the First Named Insured's last mailing address known by us.

4. Our notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If we cancel, the refund premium will be pro-rata. If you cancel, the refund will be in accordance with the short rate cancellation table. Cancellation will be effective even if we have not made or offered a refund. Cancellation or non-payment of premium shall be considered cancellation at your request.

6. If notice is mailed, then proof of mailing will be sufficient proof of notice.

**B. CHANGES**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. The policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. EXAMINATION OF YOUR BOOKS AND RECORDS**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. INSPECTIONS AND SURVEYS**

We have the right but are not obligated to:

1. Make inspections and surveys at any time;

2. Give you reports on the conditions we find; and

3. Recommend changes.

Any inspections, surveys, reports or recommendations relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

1. Are safe or healthful; or

2. Comply with laws, regulations, codes or standards. This condition applies not only to us, but also to any rating, advisory, rate service, or similar organization which makes insurance inspections, surveys, reports or recommendations.

**E. PREMIUMS**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. TRANSFER OF YOUR RIGHTS AND DUTIES UNDER THIS POLICY**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Form CGL 1000

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc. 1985

(06/08)

## DEFINITIONS OF PREMIUM BASIS

When used as a premium base:

"Area" means:

The total number of square feet of floor space at the insured premises, computed as follows:

1. For entire buildings, by multiplying the product of the horizontal dimensions of the outside of the outer building walls by the number of floors, including basements but do not use the area of the following:
   a. Courts and mezzanine types of floor openings.
   b. Portions of basements or floors where 50% or more of the area is used for shop or storage for building maintenance, dwelling by building maintenance employees, heating units, power plants or air-conditioning equipment.
2. For tenants, determine the area they occupy in the same manner as for the entire buildings.
3. The rates apply per 1,000 square feet of area.

"Total Cost" means:

The total cost of all work let or sublet in connection with each specific project including:

1. The total cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work; and
2. All fees, bonuses or commissions made, paid or due.
3. The rates apply per $1,000 of total cost.

"Admissions" means:

The total number of persons, other than employees or the named insured, admitted to the event insured or to events conducted on the premises whether on paid admissions, tickets, complimentary tickets or passes.

The rates apply per 1,000 admissions.

"Payroll" means:

1. Remuneration which includes money or substitutes for money.
2. Payroll includes:
   a. Commissions, bonuses, pay for holidays, vacations or periods of illness;
   b. Extra pay for overtime in accordance with the manuals in use by us;
   c. Payments by an employer or amounts otherwise required by law to be paid by employees to statutory insurance or pension plans, such as the Federal Social Security Act;
   d. Payment to employees on any basis other than time worked, such as piece work, profit sharing or incentive plans;
   e. Payment or allowance for hand tools or power tools used by hand provided by employees and used in their work or operations for the insured;
   f. The rental value of an apartment or a house provided for an employee based on comparable accommodations;
   g. Value of meals and lodging other than an apartment or house received by employees as part of their pay;
   h. The value of store certificates, merchandise, credits or any other substitute for money received by employees as part of their pay;
   i. The payroll of mobile equipment operators and their helpers, whether or not the operators are designated or licensed to operate automobiles. If the operators and their helpers are provided to the insured along with equipment hired under contract and their actual payroll is not known, use 1/3 of the total amount paid out by the insured for the hire of the equipment;
   j. The payroll of executive officers and individual insureds and co-partners in accordance with the manuals in use by us;
   k. Fees paid to employment agencies for temporary personnel provided to the insured.
3. Payroll does not include:
   a. Tips and other gratuities received by employees;
   b. Payments by an employer to group insurance or group pension plans for employees in accordance with the manuals in use by us;
   c. The value of special rewards for individual invention or discovery;
   d. Dismissal or severance payments except for time worked or accrued vacation;
   e. The payroll of clerical office employees;
   f. The payroll of salesmen, collectors or messengers who work principally away from the insured's premises. Salesmen, collectors or messengers are those employees engaged principally in any such duties away from the premises of the employer.
      Exception: This term does not apply to any employee whose duties include the delivery of any merchandise handled, treated or sold.
   g. The payroll of drivers and their helpers if their principal duties are to work on or in connection with automobiles.
   h. The payroll of aircraft pilots or co-pilots if their principal duties are to work on or in connection with aircraft in either capacity.
4. The rates apply per $1,000 of payroll.

"Gross Sales" means:

1. The gross amount charged by the named insured, concessionaires of the named insured or by others trading under the insured's name for:
   a. All goods or products, sold or distributed;
   b. Operations performed during the policy period;
   c. Rentals.
2. Inclusions
   The following items shall not be deducted from gross sales:
   a. Foreign exchange discounts;
   b. Freight allowance to customers;
   c. Total sales of consigned goods and warehouse receipts;
   d. Trade or cash discounts;
   e. Bad debts; and
   f. Repossession of items sold on installments (amount actually collected).
3. Exclusions
   The following items shall be deducted from gross sales:
   a. Sales or excise taxes which are collected and submitted to a governmental division;
   b. Credits for repossessed merchandise and products returned. Allowances for damaged and spoiled goods;
   c. Finance charged for items sold on installments;
   d. Freight charges on sales if freight is charged as a separate item on customers invoice; and
   e. Royalty income from patent rights or copyrights which are not product sales.
4. The rates apply per $1,000 of gross sales.

"Units" means:

A single room or group of rooms intended for occupancy as separate living quarters by a family, by a group of unrelated persons living together, or by a person living alone.

The rates apply per each unit.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (Broad Form)

### This endorsement modifies insurance provided under this policy:

1. The insurance does not apply:

    A. Under any Liability Coverage, to "bodily injury", "property damage", "personal injury", or "advertising injury":

    (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

    (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of "nuclear material," if:

    (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom:

    (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an "insured"; or

    (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

    "hazardous properties" include radioactive, toxic or explosive properties;

    "nuclear material" means "source material," "special nuclear material" or "by-product material";

    "source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

    "spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

    "waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction of concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

    "nuclear facility" means:

    (a) Any "nuclear reactor";

    (b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste";

    (c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    (d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste"; and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

    "nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

    "property damage" includes all forms of radioactive contamination of property.

Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc. 1985

# SPECIAL EXCLUSION ENDORSEMENT

**EXCLUSION - ASBESTOS, SILICA DUST**
This insurance does not apply to any bodily injury arising out of the following diseases:

A.  **Asbestosis**

B.  **Silicosis**

C.  **Mesothelioma**

D.  **Emphysema**

E.  **Pneumoconiosis**

F.  **Pulmonary Fibrosis**

G.  **Pleuritis**

H.  **Endothelioma**

or any disease, ailment or other bodily injury, including without limitation arising from or aggravated by, exposure, inhalation, consumption or absorption of asbestos fibers or dust or silica dust.

This insurance does not apply to loss, liability or expense arising from;

A.  "Property damage" in any way involving asbestos or silica dust in any form, including the costs of remedial investigations feasibility studies, the costs of testing, monitoring, cleaning or removal of any property or substance;

B.  Damages arising out of any supervision, instructions, recommendations, warnings or advice given or which should have been given in connection with the above or selling, manufacturing or installation; or

C.  Obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**EXCLUSION - ENVIRONMENTAL TOBACCO SMOKE**

This insurance does not apply to any damages arising out of the following diseases caused or aggravated by Environmental Tobacco Smoke: ASTHMA, BRONCHITIS, PNEUMONIA, EMPHYSEMA, ALLERGIES, MIDDLE EAR INFECTIONS, HEART CONDITIONS, CANCER, LUNG CANCER, or any other disease or ailment caused or aggravated by exposure inhalation, consumption, or absorption of tobacco smoke.

**EXCLUSION - NEW ENTITIES \***
Part 3 of WHO IS AN INSURED (Section II) does not apply.

**LIMITATION - CLASSIFICATION**

This insurance applies to "bodily injury", "property damage", "personal injury", "advertising injury" or medical expense arising out of only those operations which are classified and shown on the Commercial General Liability Coverage Declarations, its endorsements, and supplements.

**AMENDMENT - DEPOSIT PREMIUM AND MINIMUM PREMIUM**

Paragraph b. of Commercial General Liability Condition 5. Premium Audit is replaced by the following:

Premium shown in this Coverage Part as advance premium is both a deposit premium and a minimum premium for the full policy term.  At the close of each audit period, we will compute the earned premium for that period.  If the earned premium is more than the advance premium, then the amount by which it exceeds the advance premium is due and payable on notice to the first Named Insured.  If the earned premium is less than the advance premium, the advance premium will apply as the minimum premium, with no return premium payable to you.

Form GL 671     * Includes copyrighted material of Insurance Services Office, Inc., with its permission. Copyright, Insurance Services Office, Inc., 1988  (06/08)

**EXCLUSION - PUNITIVE OR EXEMPLARY DAMAGES**

This insurance does not apply to any claim of or indemnification for punitive or exemplary damages. If a suit seeking both compensatory and punitive or exemplary damages has been brought against you for a claim covered by this policy, we will provide defense for such action. We will not have any obligation to pay for any cost, interest or damages attributable to punitive or exemplary damages.

**EXCLUSION - LEAD - HAZARDOUS PROPERTIES**

This insurance does not apply to any loss, cost or expense arising out of, resulting from, caused by or contributed to by lead provided that such loss, cost or expense results from or is contributed to by the hazardous properties of lead.  This exclusion includes, but is not limited to, any costs for abatement, mitigation, removal or disposal of paint, plumbing solder, pipes and fixtures, soil or other items containing lead.

This exclusion also includes, but is not limited to:

(i)   Any supervision, instructions, recommendations, requests, warnings or advice given or should have been given in connection with the above; and

(ii)  Any obligation to share damages with or repay someone else who must pay damages in connection with the above.

Form GL 671     * Includes copyrighted material of Insurance Services Office, Inc., with its permission.  Copyright, Insurance Services Office, Inc., 1988  (06/ 08)

POLICY NUMBER:   FLGLN02820AX

**COMMERCIAL GENERAL LIABILITY**
**CG 20 10 07 04**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – OWNERS, LESSEES OR CONTRACTORS – SCHEDULED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| Name Of Additional Insured Person(s) Or Organization(s): | Location(s) Of Covered Operations |
| --- | --- |
| DR Horton Inc Is Affiliates And Subsidiaries | All locations of the additional insured where our insured is performing operations. |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Section II – Who Is An Insured** is amended to include as an additional insured the person(s) or organization(s) shown in the Schedule, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by:

**1.** Your acts or omissions; or

**2.** The acts or omissions of those acting on your behalf;

in the performance of your ongoing operations for the additional insured(s) at the location(s) designated above.

**B.** With respect to the insurance afforded to these additional insureds, the following additional exclusions apply:

This insurance does not apply to "bodily injury" or "property damage" occurring after:

**1.** All work, including materials, parts or equipment furnished in connection with such work, on the project (other than service, maintenance or repairs) to be performed by or on behalf of the additional insured(s) at the location of the covered operations has been completed; or

**2.** That portion of "your work" out of which the injury or damage arises has been put to its intended use by any person or organization other than another contractor or subcontractor engaged in performing operations for a principal as a part of the same project.

© ISO Properties, Inc., 2004

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

## COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section III – Limits Of Insurance; and

**(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

**b.** This insurance applies to "bodily injury" and "property damage" only if:

**(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

**(2)** The "bodily injury" or "property damage" occurs during the policy period; and

**(3)** Prior to the policy period, no insured listed under Paragraph **1.** of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

**c.** "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

**d.** "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

**(1)** Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

**(2)** Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

**(3)** Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

 © ISO Properties, Inc., 2006   ☐

**e.** Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

  © ISO Properties, Inc., 2006  CG 00 01 12 07  □

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

  (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

    (i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

    (ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

    (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

  (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

  (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

    (i) Any insured; or

    (ii) Any person or organization for whom you may be legally responsible; or

  (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

    (i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

    (ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

    (iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

  (e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

 © ISO Properties, Inc., 2006

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged; or

**(b)** the operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

© ISO Properties, Inc., 2006

☐

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** – Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

**(3)** Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

© ISO Properties, Inc., 2006

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III – Limits Of Insurance.**

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section **III – Limits Of Insurance;** and

    **(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages **A** and **B.**

  **b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

**2. Exclusions**

This insurance does not apply to:

  **a. Knowing Violation Of Rights Of Another**

    "Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

  **b. Material Published With Knowledge Of Falsity**

    "Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

  **c. Material Published Prior To Policy Period**

    "Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

  **d. Criminal Acts**

    "Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

  **e. Contractual Liability**

    "Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

  **f. Breach Of Contract**

    "Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

  **g. Quality Or Performance Of Goods – Failure To Conform To Statements**

    "Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

  **h. Wrong Description Of Prices**

    "Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

  **i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

    "Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

    However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

  **j. Insureds In Media And Internet Type Businesses**

    "Personal and advertising injury" committed by an insured whose business is:

    **(1)** Advertising, broadcasting, publishing or telecasting;

    **(2)** Designing or determining content of websites for others; or

© ISO Properties, Inc., 2006

(3) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

(1) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

 © ISO Properties, Inc., 2006

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A**.

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

**2.** If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

**a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

**(1)** Agrees in writing to:

**(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

**(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

**(c)** Notify any other insurer whose coverage is available to the indemnitee; and

**(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

**(2)** Provides us with written authorization to:

**(a)** Obtain records and other information related to the "suit"; and

**(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

**a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

**b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

**c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

**d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

    **(1)** With respect to liability arising out of the maintenance or use of that property; and

    **(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III – LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage **A**; and

**b.** Medical expenses under Coverage **C**

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

    **(1)** How, when and where the "occurrence" or offense took place;

    **(2)** The names and addresses of any injured persons and witnesses; and

© ISO Properties, Inc., 2006

(3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

**b.** If a claim is made or "suit" is brought against any insured, you must:

(1) Immediately record the specifics of the claim or "suit" and the date received; and

(2) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

**c.** You and any other involved insured must:

(1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

(1) This insurance is excess over:

(a) Any of the other insurance, whether primary, excess, contingent or on any other basis:

(i) That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

(ii) That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

(iii) That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

(iv) If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I – Coverage **A** – Bodily Injury And Property Damage Liability.

(b) Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured by attachment of an endorsement.

(2) When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**SECTION V – DEFINITIONS**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

© ISO Properties, Inc., 2006

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph **a.** above;

      (2) The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph **a.** above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

      (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

      (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

         (a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

         (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

© ISO Properties, Inc., 2006

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

   **(1)** Power cranes, shovels, loaders, diggers or drills; or

   **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   **(1)** Equipment designed primarily for:

   **(a)** Snow removal;

   **(b)** Road maintenance, but not construction or resurfacing; or

   **(c)** Street cleaning;

   **(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   **(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law in the state where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

 © ISO Properties, Inc., 2006 CG 00 01 12 07   □

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

  **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    **(1)** Products that are still in your physical possession; or

    **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

      **(a)** When all of the work called for in your contract has been completed.

      **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

      **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

  **b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

  **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

  **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

  **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

  **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

  **a.** Means:

    **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

      **(a)** You;

      **(b)** Others trading under your name; or

      **(c)** A person or organization whose business or assets you have acquired; and

    **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

  **b.** Includes:

    **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

 © ISO Properties, Inc., 2006

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

        **(2)** The providing of or failure to provide warnings or instructions.

© ISO Properties, Inc., 2006       **CG 00 01 12 07**       ☐

THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY.

## 25% MINIMUM EARNED PREMIUM

This endorsement modifies insurance under the following:

### COMMERCIAL GENERAL LIABILITY COVERAGE FORM
### GARAGE LIABILITY COVERAGE FORM

1. In the event of cancellation of the policy at the request of the company or the named insured we will retain the greater of:

   a. 25% of the total policy premium, not including additional insured and waiver of subrogation charges; or

   b. The earned premium for the period from the inception date to the cancellation date, not including additional insured and waiver of subrogation charges.

2. Premium for additional insureds and waiver of subrogation charges will be 100% fully earned and in addition to the amount determined in item 1. above.

3. If the Company cancels, the premium determined in 1. above will be calculated on a pro rata basis. If the first Named Insured cancels, the premium determined in 1. above may be calculated on a different basis than pro rata.

4. Cancellation for non payment of premium will be considered cancellation at the request of the Named Insured.

All other terms and conditions of the policy remain unchanged.

GL 74 (10/ 2013)

COMMERCIAL GENERAL LIABILITY
CG 02 20 03 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FLORIDA CHANGES –
# CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
ELECTRONIC DATA LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCT WITHDRAWAL COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements established by the insurer within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in Paragraph **2.b.**

**B.** Paragraph **3.** of the **Cancellation** Common Policy Condition is replaced by the following:

**3.** We will mail or deliver our notice to the first Named Insured at the last mailing address known to us.

 © Insurance Services Office, Inc., 2011

**C.** Paragraph **5.** of the **Cancellation** Common Policy Condition is replaced by the following:

    **5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will mail the refund within 15 working days after the date cancellation takes effect, unless this is an audit policy.

      If this is an audit policy, then, subject to your full cooperation with us or our agent in securing the necessary data for audit, we will return any premium refund due within 90 days of the date cancellation takes effect. If our audit is not completed within this time limitation, then we shall accept your own audit, and any premium refund due shall be mailed within 10 working days of receipt of your audit.

The cancellation will be effective even if we have not made or offered a refund.

**D.** The following is added and supersedes any other provision to the contrary:

**Nonrenewal**

    **1.** If we decide not to renew this policy, we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

    **2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

© Insurance Services Office, Inc., 2011

CG 02 20 03 12

| Named Insured | | Endorsement Number |
|---|---|---|
| LT Maintenance Inc | | |
| **Policy Number** | **Policy Period** | **Effective Date of Endorsement** |
| FLGLN02820AX | 08/07/2016   **to**   08/07/2017 | |
| **Issued By** | | **Endorsement Issue Date** |
| AXIS Surplus Insurance Company | | |

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT CLAUSE - FLORIDA

The Company hereby designates the Chief Financial Officer of the Florida Office of Financial Regulation and his or her successors, as its true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by you or on your behalf or by any beneficiary under this Policy against the Company arising out of this Policy, provided that all lawful process received by said Chief Financial Officer or his or her successors, is sent by certified or registered mail to the Company at:

AXIS U.S. Insurance
Attn:  Claims Administrator
11680 Great Oaks Way
Suite 500
Alpharetta, GA  30022

Service of process in any such action will also be valid if served upon any person in the State of Florida who, on behalf of the Company, solicits insurance within the State of Florida; makes, issues or delivers insurance policies within the State of Florida; or collects or receives any premiums or other consideration for the Company.

Service of process shall be deemed to be proper and lawful when in compliance with Florida Statutes, Surplus Lines Law, Section 626.907.

SOS-FL (07-04)

# STATE FRAUD STATEMENTS

Applicable in Alabama

### Alabama Fraud Statement

"Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison or any combination thereof."

Applicable in Arkansas, Louisiana, Rhode Island, and West Virginia

### Arkansas, Louisiana, Rhode Island, and West Virginia Fraud Statement

"Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison."

Applicable in Colorado

### Colorado Fraud Statement

"It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies."

Applicable in District of Columbia

### District of Columbia Fraud Statement

"Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant."

Applicable in Florida

### Florida Fraud Statement

"Any person who knowingly and with intent to injure, defraud, or deceive any insurer  files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree."

Applicable in Kansas

### Kansas Fraud Statement

"A "fraudulent insurance act" means an act committed by any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written, electronic, electronic impulse, facsimile, magnetic, oral, or telephonic communication or statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows

to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto."


Applicable in Kentucky

### Kentucky Fraud Statement
"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information, or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime."


Applicable in Maine
### Maine Fraud Statement
"It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits."

Applicable in Maryland

### Maryland Fraud Statement
"Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison."

Applicable in New Jersey

### New Jersey Fraud Statement
"Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties."

Applicable in New Mexico

### New Mexico Fraud Statement
"Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties."

Applicable in New York

### New York Fraud Statement
"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation."

Applicable in Ohio

### Ohio Fraud Statement
"Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud."

Applicable in Oklahoma

### Oklahoma Fraud Statement

"WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony."

Applicable in Oregon

### Oregon Fraud Statement

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents materially false information in an application for insurance may be guilty of a crime and may be subject to fines and confinement in prison.

In order for us to deny a claim on the basis of misstatements, misrepresentations, omissions or concealments on your part, we must show that:

A. The misinformation is material to the content of the policy;
B. We relied upon the misinformation; and
C. The information was either:
      1. Material to the risk assumed by us; or
      2. Provided fraudulently.

For remedies other than the denial of a claim, misstatements, misrepresentations, omissions or concealments on your part must either be fraudulent or material to our interests.

With regard to fire insurance, in order to trigger the right to remedy, material misrepresentations must be willful or intentional.

Misstatements, misrepresentations, omissions or concealments on your part are not fraudulent unless they are made with the intent to knowingly defraud.

Applicable in Pennsylvania

### Pennsylvania Fraud Statement

"Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties."

Applicable in Puerto Rico

### Puerto Rico Fraud Statement

Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances be present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

Applicable in Tennessee, Virginia and Washington

**Tennessee, Virginia and Washington Fraud Statement**

"It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits."

POLICY NUMBER:  FLGLN02820AX

**COMMERCIAL GENERAL LIABILITY**
**CG 24 04 05 09**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**SCHEDULE**

| Name Of Person Or Organization: |
|---|
| DR Horton Inc Its Affiliates And Subsidiaries |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

The following is added to Paragraph **8. Transfer Of Rights Of Recovery Against Others To Us** of **Section IV – Conditions:**

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.