# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AXIS INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff/Cross Defendant, | ) |
| | ) Civil Action No. 1:19-CV-196 TFM-MU |
| v. | ) |
| | ) |
| LT MAINTENANCE, INC., | ) |
| MICHAEL BAILEY, and | ) |
| CECILIA BAILEY, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| v. | ) |
| | ) |
| D.R. HORTON, INC.-BIRMINGHAM, | ) |
| | ) |
| Intervenor/Cross Claimant. | ) |

## MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Come now all parties who have appeared in this action, namely, Plaintiff/Cross Defendant, AXIS Insurance Company ("AXIS"); Defendant LT Maintenance, Inc.; and Intervenor/Cross Claimant D.R. Horton, Inc.-Birmingham, and in compliance with the Court's order dated February 6, 2020 and Fed. R. Civ. P. Rule 41, move that this action and all claims asserted by any party thereto be dismissed, with prejudice, costs taxed as paid.

          Respectfully submitted,

          s/ *Eugene P. Stutts*
          Eugene P. Stutts (ASB-0303-577E)
          Roderick K. Nelson (NEL004)
          Walter R. Hudgens (HUD042)
          Attorneys for Plaintiff,
          Axis Insurance Company

**OF COUNSEL:**

SPAIN & GILLON, L.L.C.
505 20th Street North
Suite 1200
Birmingham, AL 35203
Phone: (205) 328-4100
Email: estutts@spain-gillon.com
Email: rnelson@spain-gillon.com
Email: whudgens@spain-gillon.com

          s/ *Christopher S. Williams*
          William Bradley Smith (ASB-3773-W78S)
          Joseph Cowan (ASB-3620-A61J)
          Christopher S. Williams (WILLC7030)
          Attorneys for D.R. Horton, Inc.-
          Birmingham

**OF COUNSEL:**

HAND ARENDALL HARRISON SALE LLC
P. O. Box 1499
Fairhope, Alabama 36533
Tel: (251) 990-0079
Fax: (251) 210-0606
bsmith@handarendall.com
-and-
HAND ARENDALL HARRISON SALE LLC
P.O. Box 123
Mobile, Alabama 36601-0123
Tel: (251) 432-5511
Fax: (251) 694-6375
cwilliams@handarendall.com

                                        s/ *Christopher R. Johnson*
                                        Christopher R. Johnson
                                        Attorney for LT Maintenance, Inc.

**OF COUNSEL:**

Christopher R. Johnson, Esq.
FL Bar No. 000187
Trinidad Law Group, PLLC
7 North Coyle Street
Pensacola, FL 32502
850-433-8529
800-237-1468 facsimile
crjohnsonlaw@yahoo.com

## CERTIFICATE OF SERVICE

    I hereby certify that on **March 3, 2020**, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system which will send notification of such filing to all parties registered to receive such notification and that all parties no so registered have been served via U.S. Mail.

                                        s/ *Eugene P. Stutts*
                                        Of Counsel