# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| AXIS INSURANCE COMPANY, | ) |
| Plaintiff/Cross Defendant, | ) |
| v. | ) Civil Act. No. 1:19-cv-196-TFM-M |
| LT MAINTENANCE, INC., MICHAEL BAILEY, and CECILIA BAILEY, | ) |
| Defendants, | ) |
| v. | ) |
| D.R. HORTON, INC.-BIRMINGHAM, | ) |
| Intervenor Defendant/Cross Claimant. | ) |

## ORDER

Pending before the court is a *Motion for Voluntary Dismissal with Prejudice* (Doc. 45, filed 3/3/20). The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). Alternatively, Rule 41(a)(2) provides that "an action may be dismissed at plaintiff's request … by court order, on terms that the court considers proper." FED. R. CIV. P. 41(a)(2).

The motion was signed by the plaintiff, Axis Insurance Co.; the intervenor, D.R. Horton, Inc.-Birmingham; and Defendant LT Maintenance, Inc. However, it was not signed by Michael and Cecilia Bailey, the other defendants in this case. Although the Baileys, who were added as defendants due to their role as plaintiffs in the underlying state-court action, have not appeared on

the docket in this case, counsel for the Baileys appeared before the Court by telephone for a status conference on January 16, 2020.  Nevertheless, it is clear from the proceedings and the pending motion for dismissal that dismissal in this case is proper.  Therefore, out of an abundance of caution, the Court **GRANTS** dismissal pursuant to Fed. R. Civ. P. 41(a)(2).  This case is **DISMISSED** with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

**DONE and ORDERED** this 9th day of March 2020.

          /s/ Terry F. Moorer
          TERRY F. MOORER
          UNITED STATES DISTRICT JUDGE